IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THADDEUS FREEMAN<br>on behalf of himself and all others<br>similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>MIDTOWN HOME IMPROVEMENTS, INC.<br>Serve at:<br>    Patrick Melson<br>    120 Resource Drive<br>    Wentzville, MO 63385<br><br>          Defendant. | Case No. 22-cv-591 |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**
**(AND INCORPORATED SUGGESTIONS IN SUPPORT)**

Plaintiff moves for leave to file their first Amended Complaint pursuant to Rules 15(a)(2) and 20(a)(2) of the Federal Rules of Civil Procedure and Local Rule 15.1(a). In support of their motion, Plaintiff states as follows:

1. This is a wage and hour case brought by hourly workers against their current and former employer for unpaid compensation due for regular hourly work, unpaid compensation due for overtime work, liquidated and/or other damages as permitted by applicable law, and attorney's fees, costs, and expenses incurred in this action.

2. Plaintiff seeks to add Assistant Managers to the lawsuit since the filing of the initial Complaint and to correct various typographical and scrivener errors as well as formatting issues. Attached hereto as Exhibit A is a copy of the proposed Amended Complaint.

3. The parties mediated this matter unsuccessfully on April 19. The next day, Plaintiff's asked counsel for Defendant if it would consent to the filing of the Amended Complaint.

1

Since that time, Plaintiff's counsel has followed up several times. Defendant's counsel indicated that he had not heard from his client about the matter, so in an abundance of caution, to indicate to the Court that the Motion is opposed.

4. Fed. R. Civ. P. 15(a), which governs amended pleadings, provides that "the court should freely give leave when justice so requires."

5. Fed. R. Civ. P. 20(a)(2) provides in relevant part that "persons … may be joined in one action as defendants if … (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action.

WHEREFORE, Plaintiff respectfully requests that this motion be granted and they be permitted leave to file the Amended Complaint, attached hereto as Exhibit A.

Respectfully submitted:

**THE HODGSON LAW FIRM, L.L.C.**

By: */s/ Michael Hodgson*
Michael Hodgson    MO #63677
mike@thehodgsonlawfirm.com
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: (816) 600-0117

**ATTORNEY FOR PLAINTIFF**